

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/06/2013

| | | |
|---|---|---|
| In re: | § | Case No. 13-37200 |
| | § | |
| GOLDKING HOLDINGS, LLC, *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors, | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER GRANTING DEBTORS' EXPEDITED SECOND MOTION FOR
AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**
**[Relates to Docket No. 179]**

Upon consideration of the second expedited motion (the "Motion")[2] of Goldking Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order further extending the deadline for the Debtors to file their respective (i) schedules of assets and liabilities, (ii) schedules of executory contracts and unexpired leases, and (iii) statements of financial affairs (collectively, the "Schedules"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

H-1018260_1

estates, and creditors; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The deadline for the Debtors to file the Schedules is hereby further extended to and including December 20, 2013, without prejudice to the Debtors' right to seek further extensions upon a showing of cause.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed:  December 06, 2013.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

H-1018260_12                                2