

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**02/18/2014**

| | | |
|---|---|---|
| In re: | § | Case No. 13-37200 |
| | § | |
| GOLDKING HOLDINGS, LLC, *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

### ORDER APPROVING DEBTORS' EXPEDITED MOTION PURSUANT TO § 1121(D) OF BANKRUPTCY CODE FOR EXTENSION OF DEBTORS' EXCLUSIVE PERIOD TO FILE PLAN OF REORGANIZATION AND SOLICIT VOTES IN CONNECTION THEREWITH
**[Relates to Docket No. 289]**

Upon consideration of the Expedited Motion Pursuant to § 1121(d) of the Bankruptcy Code For Extension of Debtors' Exclusive Period to File Plan of Reorganization and Solicit Votes In Connection Therewith (the "Motion")[2] of Goldking Holdings, LLC, Goldking Onshore Operating, LLC, and Goldking Resources, LLC, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order, substantially in the form hereto, pursuant to 11 U.S.C. § 1121(d)(1) extending (i) the deadline by which the Debtors have the exclusive right to file a plan of reorganization and (ii) the deadline by which the Debtors have the exclusive right to solicit acceptances of such plan of reorganization; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order; and it appearing that this is a core

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and the Venue Transfer Order; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

1. **ORDERED** that the Motion is GRANTED; and it is further

2. **ORDERED** that pursuant to § 1121(d) of the Bankruptcy Code, the exclusive period for the Debtors to file a plan of reorganization is hereby extended from February 27, 2014 to May 27, 2014; and it is further

3. **ORDERED** that pursuant to § 1121(d) of the Bankruptcy Code, the exclusive period for the Debtor to solicit acceptances of the plan of reorganization referenced in the above paragraph is hereby extended from April 27, 2014 to July 27, 2014; and it is further

4. **ORDERED** that this Order is without prejudice to the Debtors' right to seek additional extensions of the exclusive period for the Debtors to file a plan of reorganization and the exclusive period for the Debtor to solicit acceptances of such plan of reorganization; and it is further

5. **ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

6. **ORDERED** that the Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed: February 18, 2014.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

H-1017624_21                                                                2