

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-37200 |
| | § | |
| GOLDKING HOLDINGS, LLC, *et al.*,[3] | § | |
| | § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |

**ENTERED 03/11/2014**

**ORDER TO MODIFY ORDER (I) SCHEDULING A HEARING ON THE APPROVAL OF THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, AND (III) GRANTING RELATED RELIEF**
[Relates to Docket No. 331 and 402]

This matter having come before the Court upon the emergency motion [Docket No. 402] (the "Motion") of Goldking Resources, LLC ("Goldking Resources"), Goldking Onshore Operating, LLC ("Goldking Operating"), and Goldking Holdings, LLC ("Goldking Holdings") (collectively, the "Debtors"), in the above-captioned Chapter 11 cases (the "Cases"), seeking to modify and postpone certain deadlines related to the auction and sale of substantially all of the Debtors' oil and gas properties pursuant to its previous Order (i) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (iii) Granting Related Relief [Docket No. 331] (the "Bidding Procedures and Sale Order"), and it appearing to the Court that postponing such deadlines will promote ongoing efforts to maximize the value of the assets presented for sale to the market and foster efforts to generate a return for creditor constituencies in these bankruptcy cases:

IT IS HEREBY ORDERED THAT:

---
[3] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

7

1. The Motion is **GRANTED**.

2. Certain of the specifically defined deadlines referenced by and/or in the Bidding Procedures and Sale Order are modified as follows:

- The deadline to submit bids, as referenced in paragraph 7 of the Bidding Procedures (as defined in the Bidding Procedures and Sale Order), shall be moved from **March 5, 2014** at **5:00 p.m. (CST)** to **March 27, 2014** at **5:00 p.m. (CST)**;

- The Auction shall be moved from **March 13, 2014** at **10:00 a.m. (CST)** to **April 1, 2014** at **10:00 a.m. (CST)**. The location and all other details concerning the Auction, to the extent not modified herein, shall remain unchanged;

- The deadline to file a Sale Objection, as referenced in paragraph 15 of the Bidding Procedures and Sale Order, shall be moved from **March 14, 2014** at **4:00 p.m. (CST)** to **April 3, 2014** at **4:00 p.m. (CST)**;

- The Sale Hearing referenced in paragraph 19 of the Bidding Procedures and Sale Order shall be moved from **March 17, 2014** at **2:00 p.m. (CST)** to **April 7, 2014** at **2:00 p.m. (CST)**; and

- The bid requirement referenced in paragraph 6(l) of the Bidding Procedures (as defined in the Bidding Procedures and Sale Order) shall be revised from **April 3, 2014** to **twenty (20) days after the Sale Hearing**.

3. The Bidding Procedures and Sale Order, except as modified herein, shall remain in full force and effect.

Signed:  March 11, 2014.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**